UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CYNTHIA LAWLER | ) | Case No.: 10-CV-1131-LHK |
| Plaintiff, | ) | |
| v. | ) | CASE MANAGEMENT ORDER |
| | ) | |
| MONTBLANC NORTH AMERICA, LLC, JAN-PATRICK SCHMIDT, and DOES 1 through 10, inclusive, | ) ) ) | |
| Defendants. | ) | |

Clerk: Martha Parker Brown                      Reporter: Lee-Anne Shortridge
Plaintiff Attorney: Michael Korda
Defendant Attorney: Vimal Shah (by telephone)

A case management conference was held on: ___8/25/2010___. The following Case Management Order is hereby adopted by the Court.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is ___11/15/2010___.

EXPERT DISCOVERY CUT-OFF is ___01/31/2011___.

DISPOSITIVE MOTIONS shall be filed by ___02/07/2011___,

and set for hearing no later than ___03/14/2011___.

PRETRIAL CONFERENCE DATE is ___04/11/2011___ at ___9AM___.

JURY/COURT TRIAL DATE is ___04/25/2011___,

at ___9AM___ in courtroom 4, 5th floor.

**IT IS SO ORDERED.**

Dated: August 25, 2010                      _____*Lucy H. Koh*_____
                                            LUCY H. KOH
                                            United States District Judge