UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA LAWLER, | ) Case No.: 10-CV-01131-LHK |
| Plaintiff, | ) ORDER SETTING BRIEFING |
| v. | ) SCHEDULE REGARDING |
| | ) DEFENDANTS' MOTION FOR |
| MONTBLANC N. AMERICA, LLC, ET AL., | ) SUMMARY JUDGMENT |
| Defendants. | ) (re: dkt. #36) |

On February 4, 2011, Defendants filed a motion for summary judgment. *See* Dkt. #36. That motion is set for hearing on May 5, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Plaintiff's Opposition is due by Friday March 25, 2011. Defendant's Reply, if any, is due by Wednesday, April 6, 2011.

**IT IS SO ORDERED.**

Dated: March 2, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01131-LHK
ORDER SETTING BRIEFING SCHEDULE