UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA LAWLER, | Case No.: 10-CV-01131-LHK |
| Plaintiff, | ORDER SETTING PRETRIAL CONFERENCE AND SEEKING PARTIES' STATEMENT ON NEW TRIAL DATE |
| v. | |
| MONTBLANC N. AMERICA, LLC, ET AL., | |
| Defendants. | |

The Court's August 25, 2010 Case Management Order sets forth a pretrial conference date of April 11, 2011, and a jury trial date set to begin on April 25, 2011. *See* Dkt. #34. However, pending before the Court is Defendant's summary judgment motion set for a hearing on May 5, 2011. That motion is subject to an expedited briefing schedule, and the Court plans to issue a decision on that motion promptly after briefing is complete. Accordingly, the Court continues the pretrial conference to May 5, 2011 at 1:30 p.m.

The Court will also continue the jury trial start date. The Court is available for a jury trial, which in this case is estimated to last four (4) court days, the weeks of May 23, 2011, May 31, 2011, and June 13, 2011.[1] **By Wednesday, March 30, 2011,** the parties shall file a joint status report informing the Court of their availability on these dates, or suggesting similarly prompt dates

---

[1] The undersigned's trial standing orders and daily schedule for trial are available on the Court's public website.

1

Case No.: 10-CV-01131-LHK
ORDER REGARDING PRETRIAL CONFERENCE AND TRIAL

1  upon which they are available.  In their status report, the parties should also confirm the length of
2  trial.
3  **IT IS SO ORDERED.**
4
5  Dated: March 22, 2011
                                    LUCY H. KOH
6                                   United States District Judge

2

Case No.: 10-CV-01131-LHK
ORDER REGARDING PRETRIAL CONFERENCE AND TRIAL